

**FILED**
JUL 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Dennis Gardner
(Name of Plaintiff)
1000 Gateway Dr.
(Address of Plaintiff)
Vallejo, Ca. 94589

2:12 CV 1963 GGH (PC)
(Case Number)

vs.

Steven Darden 529

_____
(Names of Defendants)

COMPLAINT

Jury Trial demand

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ■ Yes ☐ No  DLG

    B. If your answer to A is yes, how many?: ___3___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to this previous lawsuit:

        Plaintiff Dennis Gardner

        Defendants Steven Darden

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983    Rev'd 5/99

6

2. Court (if Federal Court, give name of District; if State Court, give name of County)

U.S. District Court for the Eastern District Cali.

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
Pending

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☐ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
   ☐ Yes    ☐ No

      If your answer is no, explain why not _____

   C. Is the grievance process completed?   ☐ Yes    ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Steven Darden 529 is employed as Vallejo Police officer at Vallejo Police department

B. Additional defendants _____

7

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

6/10/2011 I was arrested for Tresspass in violation of probation which includes a "stay away" order from 1624 Fairgrounds Dr. (Kings Market). The arrest was at 201 Mark Ave. After posting bail, Thursday October 20 2011 I was again arrested for 602. PC - Tresspassing and 1203.2 PC felony probation both incidents I was arrested 6/10/11 and 10/20/2011 for a probation violation I was not even on probation.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff is requesting that the court schedule a jury trial date and allow the jury to award appropriate damages under California state and federal law.

Signed this 17 day of November, 20 11.

_Dennis Gardner_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11/17/2011
(Date)

_Dennis Gardner_
(Signature of Plaintiff)

5