IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GARDNER,

       Plaintiff,                   No. 2:12-cv-1963 AC P

     vs.

STEVEN DARDEN,

       Defendant.              ORDER

_____/

        Plaintiff has consented to the jurisdiction of the magistrate judge. See Doc. No. 5, filed on August 3, 2012. By order filed November 26, 2012, the court granted plaintiff twenty-eight days to file a second amended complaint. See Doc. No. 12. In the November 26th order, the court informed plaintiff of the deficiencies in his first amended complaint. The twenty-eight day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

\\\\

\\\\

\\\\

\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that, for the reasons given in the
2  November 26, 2012 (Doc. No. 12) order, this action be dismissed with prejudice. <u>See</u> Local
3  Rule 110; Fed. R. Civ. P. 41(b).
4  DATED: January 8, 2013.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
gard1963.dsm